

# IN THE
# TENTH COURT OF APPEALS

No. 10-21-00003-CR
No. 10-21-00004-CR

## IN RE CORDELL DALRYMPLE

## Original Proceedings

## From the 54th District Court
## McLennan County, Texas
## Trial Court Nos. 2019-592-C2 and 2019-652-C2

## MEMORANDUM OPINION

Relator's pro se petitions for writ of mandamus are denied.[1]

JOHN E. NEILL
Justice

Before Chief Justice Gray,
Justice Neill,
and Senior Justice Scoggins[2]
Petitions denied
Opinion delivered and filed January 27, 2021
Do not publish
[OT06]



---

[1] In light of our disposition, all other pending motions are dismissed as moot.

[2] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.